# WM | Wright & Marinelli, LLP
ATTORNEYS AT LAW

---

**305 BROADWAY, SUITE 1001,**
**NEW YORK, NY 10007**
**OFFICE (212) 822-1419 • FACSIMILE (212) 822-1463**

September 4, 2019

Honorable Sanket J. Bulsara
United States Court House
Eastern District of New York
225 Cadman Street
Brooklyn, NY 11201

        Re:    <u>United States v. Tehuti Ayeboafo</u>
                  **Criminal Docket No. 19-CR-00337 (BMC)**

Dear Judge Bulsara:

      The undersigned and Sally Butler represent Tehuti Ayeboafo who is scheduled to appear before your Honor on September 5, 2019 at 4:00pm.  It is respectfully requested that the matter be adjourned until October 16, 2019, as the parties countinue to negotiate a resolution of the matter and likely anticipate a plea.

      I have discussed the proposed adjournment with the Government and they have no objection.   Finally the defendant knowingly consents to the waiver of speedy trial.

      Thank you for your consideration of this matter.

                                      Respectfully submitted,
                                      /s/
                                      Christopher Wright


Cc:    Nicholas Moscow, AUSA