

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

NJM
F. #2018R02299

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

September 5, 2019

By ECF

The Honorable Sanket J. Bulsara
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

       Re:    United States v. Tehuti Ayeboafo
                  Crim. Docket No. 19 -337 (BMC) (SJB)

Dear Judge Bulsara:

       The government writes to note its agreement with the defense request both to adjourn the status conference previously scheduled for September 5, 2019, and to exclude time under the Speedy Trial Act until the date of the next status conference. Such an exclusion would be in the interests of justice because the parties are close to resolving the case short of trial and would be prejudiced in their ability to pursue a resolution if they had to prepare for trial.

                                          Respectfully submitted,

                                          RICHARD P. DONOGHUE
                                          United States Attorney

                       By:   /s/ Nicholas J. Moscow
                              Nicholas J. Moscow
                              Assistant U.S. Attorney
                              (718) 254-6212

cc:    Defense counsel (by ECF)