# WM | Wright & Marinelli, LLP
ATTORNEYS AT LAW

---

**305 BROADWAY, SUITE 1001,**
**NEW YORK, NY 10007**
**OFFICE (212) 822-1419 • FACSIMILE (212) 822-1463**

February 17, 2020

Honorable Sanket J. Bulsara
United States Court House
Eastern District of New York
225 Cadman Street
Brooklyn, NY 11201

                    Re:      <u>United States v. Tehuti Ayeboafo</u>
                            DK#: 19-CR-00357 (BMC)

Dear Judge Bulsara,

      The undersigned and Sally Butler represent Tehuti Ayeboafo who is scheduled to appear before your Honor on February 20, 2020 at 2:00pm. Both the undersigned and Ms. Butler are engaged on trial and unable to appear for Mr. Ayeboafo on February 20. We therefore, respectfully request that the matter be adjourned until March 12, 2020; the parties continue to negotiate a resolution of the matter and anticipate a plea on that date.

      I have discussed the proposed adjournment with the Government and they have no objection. Finally the defendant knowingly consents to the waiver of speedy trial.

      Thank you for your consideration of this matter.

                                                                 Respectfully submitted,
                                                                  /s/
                                                               Christopher Wright, Esq.

cc: Nicholas Moscow, AUSA