**Wright & Marinelli, LLP**
**Christopher Wright**
**305 Broadway**
**Suite 1001**
**New York, NY 10007**
**212-822-1419**
wrightlawnyc@gmail.com

July 13, 2020

VIA ECF
The Honorable Brian M. Cogan
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re: <u>United States v. Tehuti Ayeboafo</u>
       Crim. Dk No. 19-337 (BMC)

Dear Judge Cogan,

  The defense respectfully writes, with the consent of The Government, to request an adjournment of the July 29, 2020 sentencing date for defendant, Tehuti Ayeboafo, to thirty days in the future or any future date that is most convenient for your Honor. The defense needs more time to meet with the defendant regarding the Pre-Sentence Report, who is incarcerated at MDC-Brooklyn, and the collection of character letters have been hindered by Mr. Ayeboafo's family members who suffered serious illnesses related to COVID-19. Unfortunately, the public health concerns related to COVID-19 have delayed meetings with the defendant and the defendant's family members.

  Mr. Ayeboafo's pending sentence includes a mandatory five-year minimum jail sentence, and therefore it would be fair to say that his sentence via video-conference, at this time, is not necessary to avoid "serious harm to the interests of justice."

             Respectfully submitted,
             /s/
             Christopher Wright

Cc: Nicholas J. Moscow
   Assistant U.S. Attorney